IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBIN R. JOHNSON,

    Plaintiff,

v.                                                                        1:14cv149-WS

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed March 25, 2015.  See Doc. 21.  The magistrate judge recommends that the decision of the Commissioner be reversed.  No objections to the report and recommendation have been filed.

Upon review of the entire record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is adopted and incorporated by reference in this order of the court.

2. The Commissioner's decision is REVERSED.

3. This case shall be REMANDED to the Commissioner for further consideration consistent with the magistrate judge's report and recommendation.

4. The clerk shall enter judgment stating: "The decision of the Commissioner is REVERSED."

DONE AND ORDERED this ___27th___ day of ___April___, 2015.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE