# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ROBIN R. JOHNSON,**

    **Plaintiff,**

**vs.**                                                   **Case No. 1:14cv149-WS/CAS**

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 representing attorney fees in the amount of $3,130.79. Doc. 24. Plaintiff states in the Motion that the Defendant is not opposed and points out that the fee should be made payable to Plaintiff. In accordance with Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the EAJA fee should be made payable to Plaintiff, not to Plaintiff's attorney.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's Application for attorney's fees, doc. 24, be **GRANTED** and the court order that the Commissioner certify and make payment payable to Plaintiff in the amount of $3,130.79 as a reasonable attorney fee and that the payment be delivered to Plaintiff's counsel, unless Plaintiff owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government shall accept Plaintiff's assignment of EAJA Fees and pay fees directly to Plaintiff's counsel.

**IN CHAMBERS** at Tallahassee, Florida, on July 28, 2015.

s/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**