UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBIN R. JOHNSON,

    Plaintiff,

v.     1:14cv149-WS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

ORDER GRANTING PLAINTIFF'S
APPLICATION FOR ATTORNEY'S FEES

Before the court is the magistrate judge's report and recommendation (doc. 25) docketed July 28, 2015.  The magistrate judge recommends that the plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act be granted.  No objections to the report and recommendation have been filed.

The parties having agreed to an attorney's fee award in the amount of $3,130.79, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 25) is ADOPTED and incorporated into this order.

2. Robin R. Johnson's application for attorney's fees (doc. 24) is GRANTED.

2. Robin R. Johnson is awarded attorney's fees under the EAJA in the amount of $3,130.79.

3. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010), payment shall be made payable to Johnson and delivered to Johnson's counsel, subject to offset by any debt owed by Johnson to the United States.  If the United States Department of the Treasury determines that Johnson does not owe a federal debt, the government may accept Johnson's assignment of EAJA fees and pay fees directly to Johnson's counsel.

DONE AND ORDERED this   27th   day of    August   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE